UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KURT ANDALL, ) | |
| ) | No.   5:13-cr-00130-cr |
| v.   ) | |
| ) | |
| UNITED STATES OF AMERICA   ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Now come the parties, by counsel, and file this Stipulation of Voluntary Dismissal for his 28 U.S.C. § 2255 motion to vacate (doc. 145) without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Rule 12 of the Rules Governing Section 2254 and 2255 Cases, and Local Criminal Rule 1(b).  The government reserves its right to argue that a motion voluntarily dismissed without prejudice may still qualify as a first petition for purposes of 28 U.S.C. § 2255(h).

[1]

[2]

Burlington, Vermont, April 28, 2017          MICHAEL L. DESAUTELS
                                                           Federal Public Defender

                                          By: */s/ Barclay T. Johnson*
                                                 BARCLAY T. JOHNSON
                                                 Assistant Federal Public Defender
                                                 126 College Street, Suite 410
                                                 Burlington, Vermont  05401
                                                 (802) 862-6990
                                                 Counsel for Kurt Andall

                                                 UNITED STATES OF AMERICA
                                                 EUGENIA A. P. COWLES
                                                 Acting United States Attorney

                                          By: */s/ Gregory L. Waples*
                                                 Gregory L. Waples
                                                 Assistant United States Attorney
                                                 P.O. Box 570
                                                 Burlington VT 05402-0570
                                                 (802) 951-6725
                                                 Michael.Drescher@usdoj.gov

[2]

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KURT ANDALL, | ) |
| | )    No.   5:13-cr-00130-cr |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2017, I electronically filed this STIPULATION FOR DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

                                      By: */s/ Barclay T. Johnson*
                                              BARCLAY T. JOHNSON
                                              Office of the Federal Public Defender
                                              District of Vermont
                                              126 College Street, Suite 410
                                              Burlington, Vermont  05401
                                              (802) 862-6990

[3]