U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 MAR 11 PM 3:21

CLERK

BY [signature]
DEPUTY CLERK

Prob 12
(D/VT Rev. 11/16)

**UNITED STATES DISTRICT COURT**
**For The**
**DISTRICT OF VERMONT**

U.S.A. vs. Kurt Andall Docket No. 5:13CR-130-1

**Petition on Probation and Supervised Release**

COMES NOW ALYSSA MALONE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kurt Andall , who was placed on supervision by the Honorable Christina Reiss sitting in the Court at Burlington, on the 30 day of September, 2014, who fixed the period of supervision at four years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
**(if short insert here; if lengthy write on separate sheet and attach)**

1. The defendant shall not commit another federal, state or local crime (General condition)

   On or about March 8, 2019, Kurt Andall physically assaulted and held a handgun to his wife's head, pulling the trigger. Andall charged with Title 13 V.S.A. 1043(a)(2), First Degree Aggravated Domestic Assault; Title 13 V.S.A. 1025, Recklessly Endangering Another Person; and Title 13 V.S.A. 4017, Persons Prohibited from Possessing a Firearm, as evidenced by the affidavit written by Officer Kyle Brouillette of the Burlington Police Department.

2. The defendant shall not possess a firearm, ammunition, destructive device or any other dangerous weapon.

   On or about March 8, 2019, Andall possessed a firearm and ammunition as evidenced by the affidavit of Officer Kyle Brouillette of the Burlington Police Department.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Kurt Andall may appear before the Court to show cause why his term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this 11th day of March, 2019 and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2019

Alyssa M. Malone
U.S. Probation Officer
Place: Burlington

Date: March 11, 2019